**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

JENNIFER BOWMAN, THOMAS BOWMAN,

                              Plaintiffs,          No. 1:19-CV-898
       v.                                         (MAD/CFH)

ROCKING HORSE RANCH,

                              Defendant.

---

**APPEARANCES:**                              **OF COUNSEL:**

Scarzafava, Basdekis Law Firm         THEODOROS BASDEKIS, ESQ.
48 Dietz Street,
Suite C
Oneonta, New York 13820-5107
Attorneys for plaintiffs

Roemer Wallens Gold & Mineaux LLP    MATTHEW J. KELLY, ESQ.
13 Columbia Circle
Albany, New York 12203
Attorneys for defendant

**CHRISTIAN F. HUMMEL**
**UNITED STATES MAGISTRATE JUDGE**

## ORDER

On October 13, 2020, the Court conducted a discovery conference with counsel for all parties. Dkt. Entry dated Oct. 13, 2020. The Court issued a Text Order setting a briefing schedule for plaintiffs' Motion to Compel. Dkt. No. 25. On October 30, 2020, plaintiffs filed a Motion to Compel. Dkt. No. 26. Defendant filed a response. Dkt. No. 30.

On February 8, 2021, the Court conducted an on-the-record conference for all parties. The transcript of that proceeding is annexed. <u>See also</u> Dkt. No. 33. As directed during that conference and for the reasons stated at that time, which are incorporated herein by reference, it is hereby

**ORDERED**, that:

(1) Plaintiffs' Motion to Compel, Dkt. No. 26, is **GRANTED** to the extent that defendant shall provide to plaintiffs by March 1, 2021, the names and contact information for individuals who signed up for the intermediate or advanced horseback rides during the Martin Luther King weekend in 2019; and

(2) The Uniform Pretrial Scheduling Order, Dkt. No. 9, is further amended as follows:

    a. The deadline for the completion of discovery is extended to May 1, 2021;

    b. The deadline for the filing of dispositive motions is extended to June 25, 2021; and

    c. The Uniform Pretrial Scheduling Order, as amended, remains in full force and effect.

**IT IS SO ORDERED**.

Dated: February 17, 2021
      Albany, New York

Christian F. Hummel
U.S. Magistrate Judge

2